**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6847**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ALAN PETER DARCY, a/k/a Alan D'arcy, a/k/a Irish Darcy,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:17-cr-00036-MR-WCM-1)

Submitted:  December 14, 2020        Decided:  February 10, 2021

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alan Peter Darcy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan Peter Darcy appeals the district court's orders denying his pro se "Emergency Motion" and his subsequent counseled motion to strike. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *United States v. Darcy*, No. 1:17-cr-00036-MR-WCM-1 (W.D.N.C. May 26 & 27, 2020); *see also United States v. Janati*, 374 F.3d 263, 273 (4th Cir. 2004) (recognizing district courts' "wide-ranging control over management of their dockets"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*